BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00399-WHA |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE** |
| vs. | ) | |
| YING HER, | ) | Date: August 29, 2006 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Court: Honorable William Alsup |

## STIPULATION

The parties agree to continue the above-reference sentencing from August 29, 2006, until September 26, 2006. The purpose of the continuance is due to the fact that counsel for Mr. Her, David Fermino, is now in private practice, and new undersigned counsel will need time to review the case and prepare for the sentencing in this matter. Mr. Her has not yet been interviewed by United States Probation Officer, Sara Black. United States Probation Officer Sara Black has informed the parties that the draft Presentence Report is currently due within her office on July 18, 2006, and that the new sentencing date should be at least sixty days after the presentence interview. Undersigned defense counsel and United States Probation Officer Sara Black intend to complete the presentence interview during the week of July 23, 2006.

United States Probation Officer Sara Black has been informed about the request to continue the sentencing in this matter, and has no objection to the defendant's request for a continuance. Defense counsel will ensure that Ms. Black receives a copy of this Court's order, should the Court grant the request.

**IT IS SO STIPULATED**

Dated: 7/17/2006     _____/S/_____
                    SHAWN HALBERT
                    Assistant Federal Public Defender

Dated: 7/17/2006     _____/S/_____
                    WILLIAM MARTIN
                    Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

### [PROPOSED] ORDER

Based upon the aforementioned, and for good cause shown, it is here ORDERED that the sentencing proceedings for defendant Ying Her are hereby CONTINUED from August 29, 2006 to September 26, 2006 at 2:00 p.m.

IT IS SO ORDERED

Date: __7/21/06_____

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE